UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

PATRICK M. HINES,

     Plaintiff,

v.

MRS ASSOCIATES, INC.,

     Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, PATRICK M. HINES, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.      Defendant, MRS ASSOCIATES, INC., is a professional corporation and citizen of the State of New Jersey with its principal place of business at 1930 Olney Avenue, Cherry Hill, New Jersey 08003.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.      Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

January 16, 2010 at 8:41 AM
This important message is for Patrick Hines. Patrick, this is Diana (inaudible) calling. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative you call me back at 1-800-335-0872 extension 5214. Please refer the number 14570302. Thank you.

January 22, 2010 at 6:26 PM – Pre-Recorded Message
Will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made.

January 22, 2010 at 8:20 PM – No discernable message

4

<u>January 23, 2010 at 8:41 AM</u>
This important message is for Patrick Hines. Patrick, this is Diana
(inaudible) calling. I have some very important information to discuss with
you. I have to make a decision about the situation that concerns you. It is
imperative you call me back at 1-800-335-0872 extension 5214. Please refer
the number 14570302. Thank you.

<u>January 26, 2010 at 3:13 PM – Pre-Recorded Message</u>
As soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention
this morning for review. Unfortunately, this has reached the point that I have
to make a decision on your behalf. I would much rather discuss this with you
now and give you a chance to get your information on the record before the
final decision is made. This will directly affect you and I am more than
willing to help you. Please contact me at 1-800-335-0872 as soon as
possible.

Hello. This is Stephen Harris. Your documents were brought to my attention
this morning for review. Unfortunately, this has reached the point that I have
to make a decision on your behalf. I would much rather discuss this with you
now and give you a chance to get your information on the record before the
final decision is made. This will directly affect you and I am more than
willing to help you. Please contact me at 1-800-335-0872 as soon as
possible.

Hello. This is Stephen Harris. Your documents were brought to my attention
this morning for review. Unfortunately, this has reached the point that I have
to make a decision on your behalf. I would much rather discuss this with you
now and give you a chance to get your information on the record before the
final decision is made. This will directly affect you and I am more than
willing to help you. Please contact me at 1-800-335-0872 as soon as
possible.

Hello. This is Stephen Harris. Your documents were brought to my attention
this morning for review. Unfortunately, this has reached the point that I have
to make a decision on your behalf. I would much rather discuss this with you
now and give you a chance to get your information on the record before the
final decision is made. This will directly affect you and I am more than

willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a  you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than

willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872.

January 28, 2010 at 4:50 PM
Hi this important message is for—hi, this important message is for Patrick Hines. Patrick, this is Sam Lawrence. I have some rather important information to make you aware and to discuss with you and I have to make a decision on a situation which concerns you. It's imperative you need to call me back as soon as possible. You can reach me to my number 1-800-335-0972 and when you call me you would need a reference number. It's 14570302.

January  30, 2010 at 5:08 PM – Pre-Recorded Message
This mes—hello. This is an important message for Patrick M. Hines. If Patrick M. Hines cannot be reached at this number please let us know by calling us back at 800-932-4808 so we can remove it. The best time to reach us is Monday through Friday between 8:00 AM and 5:00 PM Eastern Time. If you are not Patrick M. Hines, please hang up or disconnect. If you are Patrick M. Hines, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Patrick M. Hines. This call is from MRS Associates. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us between 8:00 AM and 9:00 PM Eastern Time Monday through Friday about an important business matter at 1-800-932-4808. Thank you.

February 1, 2010 at 1:51 PM
This is an important message for Patrick Hines. My name is Solomon Andrews. I have some very important information to discuss with you and make you aware of. I'm being asked to take a decision on a matter that concerns you. It is imperative that you return my call right away as you get this message. My phone number is 1-800-335-0872. I repeat, 1-800-335-

0872. Extension is 5806. When you call back, refer your document number as 14570302.

<u>February 2, 2010 at 7:39 PM – Pre-Recorded Message</u>
This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made.

February 5, 2010 at 2:57 PM – Pre-Recorded Message
That I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a ecision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have

to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached.

February 17, 2010 at 4:04 PM – Pre-Recorded Message
This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than

willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than

13

willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. Affect you and I am more than willing to help you. Please contact me at 1-800-335-0872 as soon as possible.

February 18, 2010 at 3:48 PM
This message is for Patrick Hines. My name is Gerald. You can reach me at 800-335-0872, extension 5806. I have an important information to make you aware of, I need to discuss with you, so it is essential that you call me back right away. When you call, you will need to use the reference number 14570302. Thank you.

March 1, 2010 at 10:43 AM – Pre-Recorded Message
Get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have

14

to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf.

March 13, 2010 at 4:43 PM – Pre-Recorded Message
Hello this is an important message for Patrick M. Hines. If Patrick M. Hines cannot be reached at this number, please let us know by calling us back at 800-932-4808 so we can remove it. The best time to reach us is Monday through Friday between 8 AM and 5 PM Eastern Time. If you are not Patrick M. Hines, please hang up or disconnect. If you are Patrick M. Hines please continue to listen to this message. There will now be a three-second pause in this message. By continuing to listen to this message, you acknowledge you are Patrick M. Hines. This call is from MRS Associates. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us between 8 AM and 9 PM Eastern Time Monday through Friday about an important business matter at 1-800-932-4808. Thank you.

March 24, 2010 at 5:38 PM – Pre-Recorded Message
To make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision.

March 26, 2010 at 3:26 PM
Important message for Patrick Hines. Hi, Patrick, my name is Shirley Thomas calling in reference to a very important information which I need to discuss and to make an informed decision. Return this call at my number 1-800-749-6434 extension 5136. When you call in, mention your document number, it's 14570302. Return this call.

March 31, 2010 at 7:15 PM – Pre-Recorded Message
As possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. I have to make a decision about the situation that concerns you. It is imperative that you call me back at 749-6434 as soon as possible.

My name is Jack Smith. I have some very important information to discuss with you. About the situation that concerns you. It is imperative that you call me back at 1-800-749-6434 as soon as possible.

April 9, 2010 at 11:01 AM – Pre-Recorded Message
749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than

willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.


Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a  you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than

willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached the point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Hello. This is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing.

<u>April 16, 2010 at 11:08 AM – Pre-Recorded Message</u>
Willing to help you. Please contact me at 1-800-749-6434 as soon as possible. Alright, this is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached a point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Willing to help you. Please contact me at 1-800-749-6434 as soon as possible. Alright, this is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached a point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the

record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Willing to help you. Please contact me at 1-800-749-6434 as soon as possible. Alright, this is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached a point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Willing to help you. Please contact me at 1-800-749-6434 as soon as possible. Alright, this is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached a point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Willing to help you. Please contact me at 1-800-749-6434 as soon as possible. Alright, this is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached a point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Willing to help you. Please contact me at 1-800-749-6434 as soon as possible. Alright, this is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached a point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Willing to help you. Please contact me at 1-800-749-6434 as soon as possible. Alright, this is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached a point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Willing to help you. Please contact me at 1-800-749-6434 as soon as possible. Alright, this is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached a point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Willing to help you. Please contact me at 1-800-749-6434 as soon as possible. Alright, this is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached a point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

Willing to help you. Please contact me at 1-800-749-6434 as soon as possible. Alright, this is Stephen Harris. Your documents were brought to my attention this morning for review. Unfortunately, this has reached a point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-749-6434 as soon as possible.

June 5, 2010 at 8:47 AM
Hi, this message is for Patrick Hines. Hi, Patrick, this is Victor DaSilva. I have some very important information to discuss with you and I have to make decision about the situation that concerns you. It is imperative you

need to contact me at 1-800-749-6434. I repeat, 1-800-749-6434. My extension 5147. Your reference number is 14570302. Expecting your call at the earliest. Thank you.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Defendant failed to inform Plaintiff in the messages that the

communication was from a debt collector and failed to disclose the purpose of

Defendant's messages and failed to disclose Defendant's name.

14.     Defendant used an automatic telephone dialing system or a pre-

recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

15.     None of Defendant's telephone calls placed to Plaintiff were for

"emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

16.     Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

17.     Plaintiff incorporates Paragraphs 1 through 16.

18.     Defendant failed to disclose in the telephone messages that it is a debt

collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F.

Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S.

Dist. LEXIS 47953 (M. D. Fla. 2006) and <u>Leyse v. Corporate Collection Servs</u>.,

2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

        a.      Damages;

        b.      Attorney's fees, litigation expenses and costs of suit; and

        c.      Such other or further relief as the Court deems proper.

**<u>COUNT II</u>**
**<u>FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY</u>**

19.    Plaintiff incorporates Paragraphs 1 through 16.

20.    Defendant placed telephone calls to Plaintiff without making

meaningful disclosure of its identity when it failed to disclose its name, that it is a

debt collector, and the purpose of Defendant's communication in the telephone

messages in violation of 15 U.S.C §1692d(6). See <u>*Valencia v The Affiliated Group,*</u>

<u>*Inc*</u>., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008,

(S.D.Fla., September 23, 2008); <u>*Wright v. Credit Bureau of Georgia, Inc.,*</u> 548 F.

Supp. 591, 593 (D. Ga. 1982); and <u>*Hosseinzadeh v. M.R.S. Assocs.,*</u> 387 F. Supp.

2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

        a.      Damages;

b.     Attorney's fees, litigation expenses and costs of suit; and

c.     Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

21.     Plaintiff incorporates Paragraphs 1 through 16.

22.     Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit; and

c.     Such other or further relief as the Court deems proper.

## COUNT IV
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

23.     Plaintiff incorporates Paragraphs 1 through 16.

24.     Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

27

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     a declaration that Defendant's calls violate the TCPA;

c.     a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

d.     Such other or further relief as the Court deems proper.

## <u>JURY DEMAND</u>

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
>
> By: s/ Donald A. Yarbrough
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658